LATHAM ENTERPRISES, INC., Respondent, v. STATE OF NEW YORK, Appellants. (Claim No. 38322.) — The purported cause of action against the State is based upon the formulation and execution of a plan for a highway. In the absence of a taking of the claimant's property it is not actionable, giving to the claim every favorable intendment of its allegations. Order reversed, without costs, and claim dismissed on the ground that it does not state a cause of action. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.